UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INTERRA SKY SAVANNAH  )<br>CROSSINGS, LLC, GEORGE  )<br>AKINS, SR., and CH'LOE AKINS,  )<br>)<br>Defendants.  ) | CV423-077 |

## ORDER

The parties filed a Joint Notice indicating that they successfully mediated the lawsuit underlying this declaratory judgment action on June 9, 2023. Doc. 19 at 1. The notice explains that "[o]nce the settlement documents for the Underlying Lawsuit are finalized and executed, the coverage issues raised in this Declaratory Judgment Action will be moot." *Id.* Accordingly, the parties are **DIRECTED** to file one of the following no later than 30 days from the date of entry of this Order: (1) a dismissal, or (2) a joint status report explaining why the parties are unable to file a dismissal, and identifying the anticipated timeline for the

dismissal. All deadlines in this case are **STAYED** for 30 days. If the case is not dismissed within 30 days, the parties' joint status report should indicate whether they believe the stay should continue.

**SO ORDERED**, this 10th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA