IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | * * |
| Plaintiff, | * * |
| | *   CV 423-077 |
| v. | * * |
| INTERRA SKY SAVANNAH CROSSINGS, LLC; GEORGIA AKINS, SR., Individually; and CH'LOE AKINS, Individually and as Administrator of the Estate of GEORGE AKINS, JR., | * * * * * * |
| Defendants. | * * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 21.) All Parties signed the stipulation; thus, the Court finds dismissal proper under federal Rule of Civil Procedue 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA